IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIC DAVIS-BROWN,**                                           **PLAINTIFF**

**v.**                    **CASE NO. 4:24-cv-00930-JM**

**HAGGERTY**                                           **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 9th day of December, 2024.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE